UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAW OFFICE OF AIHONG YOU
Aihong You, Esq. (AY7788)
99 Hudson Street, 5th Floor
New York, New York 10013
Tel: (917) 412-3603
Fax: (732) 909-2214
Attorneys for Plaintiff

| | |
|---|---|
| Daming Liu<br><br>Plaintiff,<br><br>-against-<br><br>Michelle Rajacic, a/k/a Michele Chaplin, 142 East 33rd Street Realty Corp., John Does #1-10, Jane Does #1-10, and Company ABC #1-10<br><br>Defendants | Civil Action No.: 1:22-cv-00379-LGS<br><br>**REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FRCP RULE 55(a)**<br>By **March 8, 2022**, Plaintiff shall file a Clerk's Certificate of Default form per Local Rule 55.1.<br><br>SO ORDERED.<br><br>Dated: March 3, 2022<br>New York, New York<br><br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

Plaintiff, Daming Liu by and through his undersigned counsel, requests that the Clerk of the Court enter default against Defendant Michelle Rajacic, a/k/a Michele Chaplin, for failure to answer and defendant this action, pursuant to Fed. R. Civ. P. 55(a). In support of this request, Plaintiff rely on the affidavit submitted herein.

Dated:  March 2, 2022

                                                                             /s/
                                                  Aihong You, Esq.
                                                  LAW OFFICE OF AIHONG YOU
                                                  Attorney for Plaintiff