UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                 :

DAMING LIU,
                                  Plaintiff,   :

                                                 :       22 Civ. 379 (LGS)

            -against-             :

                                                 :          ORDER

MICHELLE RAJACIC et al.,           :
                                 Defendants.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 2, 2022, Plaintiff filed a motion for entry of default against

Defendant Rajacic.

       WHEREAS, on March 3, 2022, Plaintiff was directed to file a Clerk's Certificate of

Default form per Local Rule 55.1.

       WHEREAS, on March 7, 2022, Plaintiff filed a proposed Clerk's Certificate of Default

for Defendant Rajacic, but not Defendant 142 East 33rd Street Realty Corp.  It is hereby

       **ORDERED** that Plaintiff shall file a proposed Clerk's Certificate of Default for

Defendant 142 East 33rd Street Realty Corp.  It is further

       **ORDERED** that Plaintiff shall comply with the default judgment procedure outlined in

Attachment A of this court's Individual Rules, including filing a proposed order to show cause

with supporting papers and a proposed order of default judgment.

Dated: March 8, 2022
      New York, New York

                                     LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE