UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    DAMING LIU,
                            Plaintiff,

                          22 Civ. 379 (LGS)

              -against-

                          ORDER

    MICHELLE RAJACIC et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference in this action is scheduled for March 30, 2022, at 4:30 p.m.

      WHEREAS, Defendants were served on February 5, 2022, and February 17, 2022.

      WHEREAS, Clerk's Certificates of Default were entered against Defendants on March 7, 2022, and March 16, 2022.

      WHEREAS, by Order dated March 8, 2022, Plaintiff was directed to comply with the default judgment procedure outlined in Attachment A of this Court's Individual Rules, including filing a proposed order to show cause with supporting papers and a proposed order of default judgment. It is hereby

      **ORDERED** that by **March 30, 2022**, Plaintiff shall move for default in accordance with the procedure outlined in this Court's Individual Rules, including filing a proposed order to show cause with supporting papers and a proposed order of default judgment. It is further

**ORDERED** that the initial pretrial conference scheduled for March 30, 2022, is adjourned to **April 6, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: March 24, 2022
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**