UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMING LIU,
                            Plaintiff,

                            22 Civ. 379 (LGS)

        -against-

                            ORDER

MICHELLE RAJACIC, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Order dated August 15, 2022, Plaintiff and Defendant Rajacic were referred to the Court's mediation program;

       WHEREAS, a mediation conference was held on September 9, 2022.  It is hereby

       **ORDERED** that, by **February 10, 2023**, Plaintiff and Defendant Rajacic shall file a joint letter apprising the Court of the status of mediation.

Dated: February 8, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE