UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMING LIU,
                        Plaintiff,

            -against-                              22 Civ. 379 (LGS)

MICHELLE RAJACIC, et al.,                      ORDER
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated March 7, 2023, directed the parties to file, by March 17, 2023, a joint letter with proposed next steps in this action, including whether they request a referral for a settlement conference with the assigned Magistrate Judge or a second referral to the Court's mediation program. If the parties believe formal discovery is necessary, they were directed to attach a proposed case management plan and scheduling order, which can be found on the Court's website;

      WHEREAS, no such letter has been filed. It is hereby

      **ORDERED** that, by **March 27, 2023**, the parties shall file the joint letter.

Dated: March 23, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE