UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DAMING LIU,
                    Plaintiff,

           -against-

MICHELLE RAJACIC, et al.,
                    Defendants.
------------------------------------------------------------- X

22 Civ. 379 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated March 7, 2023, directed the parties to file, by March 17, 2023, a joint letter with proposed next steps in this action, including whether they request a referral for a settlement conference with the assigned Magistrate Judge or a second referral to the Court's mediation program. If the parties believe formal discovery is necessary, they were directed to attach a proposed case management plan and scheduling order, which can be found on the Court's website;

    WHEREAS, no such letter was filed;

    WHEREAS, the Order dated March 23, 2023, directed the parties to file the late letter by March 27, 2023;

    WHEREAS, no letter has been filed. It is hereby

    **ORDERED** that, by **April 10, 2023**, the parties shall file the joint letter. Failure to comply with this Order may result in sanctions, including dismissal of the case.

Dated: April 5, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE