UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                            :
DAMING LIU,                                             :
                           Plaintiff,    :
                                               :           22 Civ. 379 (LGS)
              -against-                        :
                                               :              <u>ORDER</u>
MICHELLE RAJACIC, et al.,                :
                         Defendants.  :
                                               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated March 7, 2023, directed the parties to file, by March 17, 2023, a joint letter with proposed next steps in this action;

    WHEREAS, no letter was filed;

    WHEREAS, the Order dated March 23, 2023, directed the parties to file the late letter by March 27, 2023;

    WHEREAS, no letter was filed;

    WHEREAS, the Order dated April 5, 2023, directed the parties to file the late letter by April 10, 2023.  The parties were advised that failure to comply with the Order could result in sanctions.

    WHEREAS, no letter has been filed.  It is hereby

    **ORDERED** that a telephone conference will be held to discuss the next steps in this action on **May 3, 2023, at 4:00 P.M.**  Counsel for both parties -- including Plaintiff's counsel, whose request to withdraw as counsel has not been approved by the Court -- shall appear.  In addition to counsel, Mr. Liu and Ms. Rajacic shall also appear.  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  Failure to comply with this order may result in monetary sanctions against both counsel.

Dated: April 25, 2023
       New York, New York

                                                   LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE