```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   DAMING LIU,                                              :
                              Plaintiff,                    :
                                                            :       22 Civ. 379 (LGS)
                  -against-                                 :
                                                            :       ORDER
   MICHELLE RAJACIC, et al.,                                :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Orders dated March 7, March 23 and April 5, 2023, directed the parties to file a joint letter with proposed next steps in this action;

WHEREAS, no letter was filed, despite the Court's Orders;

WHEREAS, on May 3, 2023, a telephone conference was held to discuss next steps. In addition to counsel, Plaintiff Liu and Defendant Rajacic were directed to appear;

WHEREAS, neither Plaintiff nor his counsel appeared at the conference;

WHEREAS, on May 4, 2023, the Court granted Plaintiff's counsel's request to withdraw as counsel. It is hereby

**ORDERED** that, by **May 23, 2023**, the pro se Plaintiff shall file a letter stating whether he intends to proceed with the case and, if so, whether he intends to proceed pro se. Plaintiff is advised that, if he does not comply with this Order and file a timely letter, the action will be dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: May 9, 2023
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE