```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAMING LIU,                                                 :
                                    Plaintiff,              :
                                                            :       22 Civ. 379 (LGS)
                 -against-                                  :
                                                            :            ORDER
MICHELLE RAJACIC, et al.,                                   :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Orders dated March 7, March 23 and April 5, 2023, directed the parties to file a joint letter with proposed next steps in this action;

WHEREAS, no letter was filed, despite the Court's Orders;

WHEREAS, on May 3, 2023, a telephone conference was held to discuss next steps. In addition to counsel, Plaintiff Liu and Defendant Rajacic were directed to appear;

WHEREAS, neither Plaintiff nor his counsel appeared at the conference;

WHEREAS, on May 4, 2023, the Court granted Plaintiff's counsel's request to withdraw as counsel;

WHEREAS, the Order dated May 9, 2023, directed Plaintiff to file a letter by May 23, 2023, stating whether he intends to proceed with the case and, if so, whether he intends to proceed pro se. Plaintiff was advised that, if he did not comply with the Order and file a timely letter, the action would be dismissed for failure to prosecute.

WHEREAS, the deadline has passed, and the Court has not received such letter from Plaintiff. It is hereby

**ORDERED** that the case is dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to close this case and to mail a copy of this Order to the pro se Plaintiff.

Dated: June 7, 2023
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**